Louis Hoffman v. Richard G. Krueger.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Claude Neon Lights, Inc., v. Federal Electric Co., Inc., and Others.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

National American Company, Inc., v. Herbert W. Levy and Others. National American Company, Inc., v. Howard S. Hoit, etc., and Others. Pollock, Shour & Company, Inc., v. Robert P. Marshall and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Orion N. Steelman and Another v. I. Arthur Ganger.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frederic B. Pratt and Others v. Mary Babbott Ladd and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Henry Hirschberg and Morris Portnay v. Siquax Silk Corporation.— Motion granted on condition that appeal be argued or submitted on the 18th day of October, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Harry Vaughan, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

183 Broadway, Inc., a Domestic Corporation, Respondent, v. Bolt & Co., Inc., a Domestic Corporation, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant Bolt & Co., Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Irene M. Schwab, Respondent, v. Harold W. Schwab, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

James J. Tobin, Appellant, v. Joseph P. Hennessy, as Commissioner of Parks of the Borough of Bronx, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

Jerry J. Vogel, Respondent, v. The John Franklin Music Company and John F. Sheridan, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Juli Holding Corporation, Landlord, Respondent, v. Lucy Lou Shops, Tenant, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

William Degener, as Sole Surviving Executor, etc., of William Degener, Deceased, Appellant, v. John F. Degener, Jr., and Another, as Executors, etc., of John F. Degener, Deceased, and Others, Respondents, Impleaded with Others.* — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Dowling, P. J., and Finch, J., dissent.

---

* Affd., 253 N. Y. —.